contrary to the weight of the evidence. The judgment is reversed, and one is here rendered, discharging the defendant from custody. Reversed and rendered.

---

(98 South. 925)

J. E. NIVENS v. STATE. (3 Div. 452.) (Court of Appeals of Alabama. Jan. 15, 1924.) Appeal from Circuit Court, Autauga County; B. K. McMorris, Judge.

BRICKEN, P. J. Appeal dismissed.

---

(96 South. 942)

NIX v. STATE. (8 Div. 96.) (Court of Appeals of Alabama. May 29, 1923.) Appeal from Morgan County Court; W. T. Lowe, Judge.

BRICKEN, P. J. Affirmed.

---

(98 South. 925)

W. A. NOAH v. STATE. (7 Div. 954.) (Court of Appeals of Alabama. Jan. 22, 1924.) Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge.

FOSTER, J. Appeal dismissed.

---

(95 South. 925)

NOLEN et al. v. STEPHENS. (7 Div. 847.) (Court of Appeals of Alabama. Jan. 16, 1923.) Appeal from Circuit Court, Clay County; W. L. Longshore, Judge.

BRICKEN, P. J. Appeal dismissed.

---

(98 South. 925)

J. A. M. NOLEN v. TOWN OF EQUALITY. (5 Div. 465.) (Court of Appeals of Alabama. Nov. 23, 1923.) Appeal from Circuit Court, Coosa County; W. M. Lackey, Judge. John A. Darden, of Goodwater, for appellant. Holley & Milner, of Wetumpka, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(94 South. 926)

O'ROURKE v. STATE. (6 Div. 107.) (Court of Appeals of Alabama. Nov. 21, 1922.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Foster, Verner & Rice, of Tuscaloosa, for appellant. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed by appellant.

---

(94 South. 926)

O'ROURKE v. STATE. (6 Div. 168.) (Court of Appeals of Alabama. Nov. 21, 1922.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Foster, Verner & Rice, of Tuscaloosa, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

---

(96 South. 942)

ORR v. STATE. (6 Div. 206.) (Court of Appeals of Alabama. May 8, 1923.) Appeal

from Circuit Court, Jefferson County; H. P. Heflin, Judge.

SAMFORD, J. Affirmed

---

(95 South. 925)

OSBORNE v. STATE. (5 Div. 426.) (Court of Appeals of Alabama. April 17, 1923.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Frank Osborne was convicted of a criminal offense, and he appeals. Reversed and remanded. Frank M. de Graffenried, of Seale, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Reversed and remanded, on authority of Charlie Hall v. State, ante, p. 178, 95 South. 904.

---

(98 South. 925)

Frank OSBORNE v. STATE. (5 Div. 456.) (Court of Appeals of Alabama. Feb. 5, 1924.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

SAMFORD, J. Appeal dismissed.

---

(94 South. 926)

OVERCAST v. STATE. (1 Div. 487.) (Court of Appeals of Alabama. Nov. 21, 1922.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. McAlpine & McAlpine, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. The indictment against this defendant charged that he did assault Lillian Overcast, a woman, with the intent forcibly to ravish her, etc. The first trial upon this indictment held on December 16, 1921, resulted in a mistrial. On May 9, 1922, he was again put upon trial; the verdict of the jury being "We the jury find the defendant guilty as charged in the indictment." The court rendered judgment in accord with this verdict, and duly sentenced the defendant to imprisonment in the penitentiary for not less than 10 years, nor more than 20 years; from this judgment he appeals. The time for filing a bill of exceptions has expired; the appeal being upon the record proper. There is no error apparent upon the record, and therefore the judgment of the circuit court must be and is affirmed. Affirmed.

---

(94 South. 926)

OVERSTREET v. STATE. (1 Div. 489.) (Court of Appeals of Alabama. Nov. 21, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. The defendant in this case was convicted of the offense of assault and battery. There is no bill of exceptions, and the time for filing one has expired. We have examined the record, and find no error therein. The judgment of conviction is therefore affirmed. Affirmed.

---

(95 South. 926)

PAPAGEORGE v. STATE. (6 Div. 75.) (Court of Appeals of Alabama. Jan. 9, 1923.)